IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WANDA E. SENSING, | ) |
| | ) |
| v. | ) 3:03-0957 |
| | ) |
| JO ANNE B. BARNART, Commissioner of | ) |
| Social Security | ) |

### ORDER

Before the Court is the Report and Recommendation of Magistrate Judge Griffin in which she recommends Plaintiff's Motion for Judgment on the Administrative Record be denied in part and the matter remanded. No objections have been filed.

The Court has read and considered the report of the Magistrate Judge and finds that the report is correct in law and fact. The Report and Recommendation is adopted by this Court.

For the reasons set forth in the Report and Recommendation, the Plaintiff's Motion for Judgment on the Administrative Record, Document #13, is GRANTED to the extent that the Plaintiff seeks remand. This case is REMANDED under Sentence Four of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation. Specifically, the Administrative Law Judge shall properly evaluate the Plaintiff's credibility in relation to her mental health limitations, consider the three functional assessments that report that the Plaintiff had a severe and persistent mental illness totaling six months or longer (Tr. 445, 448, 451), and if necessary, pose new hypothetical questions to the VE.

It is so **ORDERED**.

Thomas A. Wiseman, Jr.
Senior U.S. District Judge